[No. 11217–1–I. Division One. August 10, 1983.]

PLAYHOUSE CORPORATION, *Appellant,* v. THE LIQUOR CONTROL BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 850037, James I. Maddock, J., entered January 6, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.

[No. 11406–9–I. Division One. August 10, 1983.]

*In the Matter of* T. JAMES.

ARNOLD L. JAMES, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–7–00613–2, James J. Dore, J., entered January 22, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Scholfield, JJ.

[No. 11740–8–I. Division One. August 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD DENHERDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01802–1, David C. Hunter, J., entered April 20, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Scholfield, JJ.